**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| QUINCY VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 1:22-CV-00157 SRW |
| | ) | |
| DR. JOHN DOE CHADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good

faith.

Dated this 15th day of March, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE